## GOODMAN et .al. v. BUTLER.

CANDLER, J.   This case falls within the well-settled rule that where a petition for certiorari presents questions of both law and fact, and the judge of the superior court, without indicating upon what ground his judgment is based, sustains the certiorari generally, and grants a new trial, the judgment will not be reversed unless it is shown that there has been an abuse of discretion by the judge whose decision is under review.

*Judgment affirmed.   All the Justices concur.*

Submitted November 3,—Decided November 16, 1903.

Certiorari. Before Judge Gober. Cobb superior court. April 22, 1903.

*E. P. Green,* for plaintiffs in error.
*J. Z. Foster* and *T. B. Irwin,* contra.